JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevad Bar No. 15556
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148
Tel: (702) 472-7000
Fax: (702) 463-4440
ash@blackburnwirth.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIDNEY FRIEL, individually<br><br>    Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTER, INC., d/b/a SMITH'S, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>    Defendants. | CASE NO.:   2:24-cv-00088-RFB-MDC<br><br>**SUBSTITUTION OF COUNSEL** |

    SIDNEY FRIEL, Plaintiff in the above-entitled matter, consents to the substitution of JOSEPH J. WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of the law firm of BLACKBURN WIRTH, LLP, in the place of SHAWN L. WALKENSHAW, ESQ. and IAN P. MCGINN, ESQ. of the law firm SANDOVAL JAMES & WALKENSHAW as her attorneys of record.

    DATED this 23rd day of January 2024.

BY: *[signature]*
SIDNEY FRIEL

    SHAWN L. WALKENSHAW, ESQ. and IAN P. MCGINN, ESQ. of the law firm SANDOVAL JAMES & WALKENSHAW, do hereby consent to the substitution of JOSEPH J.

Page 1 of 3

1  WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of the
2  law firm of BLACKBURN WIRTH, LLP as attorneys for Plaintiff SIDNEY FRIEL, in the
3  above-entitled matter in their place and stead.

4  DATED this 25th day of January 2024.

**SANDOVAL JAMES & WALKENSHAW**

*/s/ Shawn L. Walkenshaw*
_____
SHAWN L. WALKENSHAW, ESQ.
Nevada Bar No. 13274
IAN P. MCGINN, ESQ.
Nevada Bar No. 12818
7570 Norman Rockwell Ln., Suite 210
Las Vegas, Nevada 89143

JOSEPH J. WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of the law firm of BLACKBURN WIRTH, LLP, do hereby agree to be substituted in the place of SHAWN L. WALKENSHAW, ESQ. and IAN P. MCGINN, ESQ. of the law firm SANDOVAL JAMES & WALKENSHAW as attorneys for Plaintiff SIDNEY FRIEL in the above-entitled matter.

DATED this 25th day of January 2024.

**BLACKBURN WIRTH, LLP**

**/s/** *Ash Marie Blackburn*
_____
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache, Ste. 150
Las Vegas, Nevada 89148

## ORDER

**It is so ordered that Joseph J. Wirth, Esq., Ash Marie Blackburn, Esq., and Joseph W. Guindy, Esq., of the law firm of Blackburn Wirth, LLP be substituted in the place of Shawn L. Walkenshaw, Esq. and Ian P. McGinn, Esq of the law firm Sandoval James & Walkenshaw as attorneys of record for plaintiff, Sidney Friel.  Shawn L. Walkenshaw, Esq. and Ian P. McGinn, Esq. shall be removed from electronic service in the matter**

Date: February 13, 2024

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

## CERTIFICATE OF MAILING

I hereby certify that on the 25th day of January 2024, I caused a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** to be filed and served electronically, to all parties with an email address on record, as follows:

Jerry S. Busby, Esq.
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
*Attorney for Defendant*
*SMITH'S FOOD & DRUG CENTERS, INC.*

*/s/ Alysse Pils*
_____
An employee of **BLACKBURN WIRTH, LLP**

# Alysse Pils

| | |
|---|---|
| **From:** | jenniferm@sjwinjurylaw.com |
| **Sent:** | Thursday, January 25, 2024 1:20 PM |
| **To:** | Alysse Pils |
| **Cc:** | Ian McGinn; Shawn Walkenshaw; indsay@blackburnwirth.com; Joe Wirth; Ash Blackburn; Joey Guindy; Ashlee Clark |
| **Subject:** | RE: Friel v. Smith's Food & Drug Center, Inc. d/b/a/ Smith's /Case No. 2:24-cv-00088-RFB-MDC |

Hello Alysse,

You have Mr. Walkenshaw's permission to affix his electronic signature.

Thank you,

*Jennifer March*
Lead Paralegal
**Sandoval James & Walkenshaw**
<u>7570 Norman Rockwell Ln., Suite 210</u>
<u>Las Vegas, Nevada 89143</u>
Ph: <u>(702) 291-8007</u>
Fax: (702) 291-8592

Confidentiality Notice: This email (including attachments) is covered by the Electronic Communications Act, 18 U.S.C. §§2510-2521 and is confidential. This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. Unauthorized interception of this e-mail is a violation of Federal criminal law. If you have received this message in error, please notify the sender immediately by email and delete all copies of message. Thank you.

---

**From:** Alysse Pils <alysse@blackburnwirth.com>
**Sent:** Thursday, January 25, 2024 9:07 AM
**To:** shawnw@sjwinjurylaw.com; ianm@sjwinjurylaw.com
**Cc:** Lindsay Hayes <lindsay@blackburnwirth.com>; Joe Wirth <joe@blackburnwirth.com>; Ash Blackburn <ash@blackburnwirth.com>; Joey Guindy <guindy@blackburnwirth.com>; Ashlee Clark <clark@blackburnwirth.com>
**Subject:** RE: Friel v. Smith's Food & Drug Center, Inc. d/b/a/ Smith's /Case No. 2:24-cv-00088-RFB-MDC
**Importance:** High

Good morning Shawn,

Please advise if we have your permission to insert your electronic signature on the substitution attached.

Thank you

Sincerely,

1