JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIDNEY FRIEL, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTER, INC., d/b/a SMITH'S, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00088-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SIDNEY FRIEL and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through their respective counsel of record as undersigned, as follows:

1.   That the claims herein of Plaintiff SIDNEY FRIEL against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

//

NG-C2N3CBX6 4921-1237-0732.1

2. That there is no trial date pending for this matter.

**IT IS SO STIPULATED.**

DATED this 2nd_day of April, 2025.          DATED this 2nd day of April, 2025.

**BLACKBURN WIRTH, LLP**                    **COOPER LEVENSON, P.A.**

*/s/ Tyler A. Bixby*                        */s/ Pooja Kumar*

JOSEPH J. WIRTH, ESQ.                       JERRY S. BUSBY, ESQ.
Nevada Bar No. 10280                        Nevada Bar No. 01107
ASH MARIE BLACKBURN, ESQS.                  POOJA KUMAR, ESQ.
Nevada Bar No. 14712                        Nevada Bar No. 12988
JOSEPH W. GUINDY, ESQ.                      3016 West Charleston Boulevard, Suite 195
Nevada Bar No. 15556                        Las Vegas, Nevada 89102
TYLER A. BIXBY, ESQ.                        (702) 366-1125
Nevada Bar No. 16679                        Attorneys for Defendant
6018 South Fort Apache Road, Suite 150      Smith's Food & Drug Centers, Inc.
Las Vegas, Nevada 89148
(702) 464-5000
Attorneys for Plaintiff
Sidney Friel

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 3rd day of April, 2025.